# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF UTAH

## Official Form 201

## VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).

United States Bankruptcy Court for the:        Case number (if known): _____

| **District of Utah** | **Chapter 7** |
|---|---|
| 1.    **Debtor's name** | G3 Solar, LLC |
| 2.    **All other names debtor has used in the last 8 years** | None |
| 3.    **Debtor's federal Employer Identification Number (EIN)** | 81-2880073 |
| 4.    **Debtor's address (Principal place of business)** | 8651 S. 1150 E. Spanish Fork, UT 84660 USA |
| **Mailing Address, if different from principal place of business** | |
| 5.    **Debtor's website (URL)** | N/A (was www.G3solar.com) |
| 6.    **Type of debtor** | Corporation - Limited Liability Company (LLC) |
| 7.    **Describe debtor's business** | Residential solar sales and installation |
| 8.    **Under which chapter of the Bankruptcy Code is the debtor filing?** | Chapter 7 |
| 9.    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | No prior cases known. |
| 10.    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | No. |

| 11. | **Why is the case filed in this district?** | Debtor's principal place of business is located in Utah County, Utah, with the District of Utah. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention** | No. |

## Part 2: Report About the Case

| 13. **Debtor's estimation of available funds** | Funds will NOT be available for distribution to unsecured creditors. |
|---|---|
| 14. **Estimated number of creditors** | 1—49 |
| 15. **Estimated assets** | $0 - $50,000 |
| 16. **Estimated liabilities** | $500,000 - $2,500,000 |

## Part 3: Request for Relief, Declaration, and Signatures

WARNING: Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to S500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor:

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. I have been authorized to file this petition on behalf of the debtor. I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 21 May 36

x _____
Signature of authorized representative of debtor

18. Signature of attorney:

Signature of attorney for debtor

Tyrell Gray
Printed name of authorized representative

Title: Managing Member

Date: 6/10/2026

Jared Hunsaker, Esq.
Bar number: 13449
Address: 2836 W. Silverbrook Ct. Lehi, Utah 84048
Phone: (435) 214-6109
Email : jaredsaker@gmail.com

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

**District of Utah**

**In re  G3 Solar, LLC**

Case No. _____

**Debtor**                                                                       **Chapter 7**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.        Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 500 per hour (total of $8K)

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 1,300.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly rate billings, $2,200.00

2.        The source of the compensation paid to me was:

**[X]** Debtor              ☐ Other (specify)

3.        The source of compensation to be paid to me is:

**[X]** Debtor              ☐ Other (specify)

4.        **[X]** I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.        Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.      Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.      List other services that counsel has agreed to provide: N/A

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services: N/A

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**/s/ Jared Dennis Hunsaker**      *Date* **: 6/30/2026**
*Signature of Attorney*

*Name of law firm:*   Jared Dennis Hunsaker, Esq (Solo Practicioner)

**Fill in this information to identify the case and this filing:**

Debtor Name :   **G3 Solar, LLC**

United States Bankruptcy Court for the **District of Utah**

Case number (*If known*):      _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

*[X] Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

*[X] Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

*[X] Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

*[X] Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

*[X] Schedule H: Codebtors* (Official Form 206H)

*[X] Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

[  ] Amended *Schedule____*

[  ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑          Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/10/2026                                         ✘ _____
                                                                                        Signature of individual signing on behalf of debtor

                                                                                        Jared Dennis Hunsaker, Esq. Bar no. 13449
                                                                                        Attorney representing Debtor

Official Form 202                              **Declaration Under Penalty of Perjury for Non-Individual Debtors**