| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name:  **G3 Solar, LLC** | |
| United States Bankruptcy Court for the:  **District of Utah** | |
| Case number (if known):  26-23517 | |
| ☐  Check if this is an amended filing | |

**Official Form 206Sum**

**Summary of Assets and Liabilities for Non-Individuals**                    12/15

**Part 1:   Summary of Assets**

1.  **Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)**
    **1a.  Real property:**  Copy line 88 from Schedule A/B                 $ 0.00 _____
    **1b.  Total personal property:**  Copy line 91A from Schedule A/B     $ 0.00 _____
    **1c.  Total of all property:**  Copy line 92 from Schedule A/B         $ 0.00 _____

**Part 2:   Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)**
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D    $  0.00 _____

3.  **Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)**

    **3a.  Total claim amounts of priority unsecured claims:**  Copy the total claims from Part 1 from line 5a of Schedule E/F                 $ unknown (will supplement)

    **3b.  Total amount of claims of nonpriority unsecured claims:**  Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F         **$ 2,578,860.80**

4.  **Total liabilities**  Lines 2 + 3a + 3b                                **$ 2,578,860.80**