**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

**Debtor: G3 Solar, LLC**

Case No.: 26-23517   (if known)

**OFFICIAL FORM 206E/F**
**SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

Priority claims include certain taxes and obligations owed to governmental units. 11 U.S.C. § 507.

| # | Creditor Name & Address | Date Incurred | Basis | Amount |
|---|---|---|---|---|
| 1.1 | **Internal Revenue Service** Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 | Unknown | Federal taxes (if any) — Amount unknown pending records review | UNKNOWN [Supplement] |
| 1.2 | **Utah State Tax Commission** 210 N 1950 W, Salt Lake City, UT 84134 | Unknown | State taxes (if any) — Amount unknown pending records review | UNKNOWN [Supplement] |

*Note: Debtor's managing member indicates no known tax debts. Debtor will supplement this schedule upon obtaining tax transcripts and records.*

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

List in alphabetical order all creditors with nonpriority unsecured claims.

| # | Creditor Name & Address | Date Incurred | Basis for Claim | Amount |
|---|---|---|---|---|
| 2.1 | **800ind (Commercial Landlord), Unit 340 Tenant — G3 Solar LLC** [legal name & address TBD from lease] | 08/01/2022 – 10/31/2024 | Unpaid rent, CAM charges, and late fees per lease ledger through 11/2024 | ~$14,798.04 |
| 2.2 | **Above and Beyond Home Improvements LLC** 8705 Sleepy Creek Drive, Raleigh, NC 27613 | Pre-petition | Trade debt — accounts payable | $400.00 |
| 2.3 | **Above Standard Electric LLC** 1081 18th Street, Otsego, MI 49078 | Pre-petition | Trade debt — accounts payable | $5,631.50 |
| 2.4 | **Absolute Janitorial Services** 1296 W 635 S, Orem, UT 84058 | Pre-petition | Trade debt — accounts payable | $950.00 |
| 2.5 | **AEP — American Electric Power** 1 Riverside Plaza, Columbus, OH 43215 | Pre-petition | Trade debt — accounts payable | $1,645.00 |
| 2.6 | **Aeroseal LLC** 225 Byers Rd, Miamisburg, OH 45342 | Pre-petition | Trade debt — accounts payable | $580,850.00 |
| 2.7 | **AG Roofing LLC** 1708 Calle de Loma, Emporia, KS 66801 | Pre-petition | Trade debt — accounts payable | $4,100.00 |
| 2.8 | **All Premium Contractors, Inc.** 22647 Ventura Blvd Suite 426, Woodland Hills, CA 91364 | Pre-petition | Trade debt — accounts payable | $5,300.00 |

| 2.9 | **Alpha and Omega Energy**<br>4350 Arville Street #400, Las Vegas, NV 89103 | Pre-petition | Trade debt — accounts payable | $350.00 |
|---|---|---|---|---|
| 2.10 | **Amber Investments LLC, c/o TOK Commercial**<br>250 S 5th Street, 2nd Floor, Boise, ID 83702 | Pre-petition | Trade debt — accounts payable | $12,782.96 |
| 2.11 | **Armour Insulation LLC**<br>241 Mine Rd, Oley, PA 19547 | Pre-petition | Trade debt — accounts payable | $2,800.00 |
| 2.12 | **Arrow Roofing Services, LLC**<br>210 W Front St, Unit 1175, Monroe, MI 48161 | Pre-petition | Trade debt — accounts payable | $28,110.00 |
| 2.13 | **Astrawatt Solar of Atlanta**<br>3350 Riverwood Pkwy SE, Ste 1967, Atlanta, GA 30339 | Pre-petition | Trade debt — accounts payable | $370.00 |
| 2.14 | **Aurora Solar**<br>434 Brannan Street, San Francisco, CA 94107 | Pre-petition | Trade debt — accounts payable | $80,353.80 |
| 2.15 | **Avid Life**<br>2787 E Cliff Shadow Dr, St George, UT 84790 | Pre-petition | Trade debt — accounts payable | $1,000.00 |
| 2.16 | **Bodhi**<br>2400 Homedale Cir, Austin, TX 78704 | Pre-petition | Trade debt — accounts payable | $11,055.00 |
| 2.17 | **Brenda Sanlistevan-Fenton**<br>625 Blueridge Dr, Tooele, UT 84074 | Pre-petition | Trade debt — accounts payable | $659.14 |
| 2.18 | **BTJD LLC**<br>3165 E Millrock Dr Ste 500, Salt Lake City, UT 84121 | Pre-petition | Trade debt — accounts payable | $500.00 |
| 2.19 | **Caleb Patterson**<br>2598 State Highway 1933, Jackson, KY 41339 | Pre-petition | Trade debt — accounts payable | $1,640.00 |
| 2.20 | **Callpilot LLC**<br>3401 N Thanksgiving Way, Suite 325, Lehi, UT 84043 | Pre-petition | Trade debt — accounts payable | $7,000.00 |
| 2.21 | **Century Roofing**<br>6 South 59 Street Lane, Kansas City, KS 66102 | Pre-petition | Trade debt — accounts payable | $12,615.00 |
| 2.22 | **CSC ServiceWorks, Inc.**<br>35 Pinelawn Road, Suite 120, Melville, NY 11747 | Pre-petition | Trade debt — accounts payable | $1,985.85 |
| 2.23 | **Ecovole**<br>1477 Main St Unit 2505, Kansas City, MO 64105 | Pre-petition | Trade debt — accounts payable | $58,242.35 |
| 2.24 | **Eden Vera**<br>4810 Whisper Wood Dr, Lehi, UT 84043 | Pre-petition | Trade debt — accounts payable | $18,517.81 |
| 2.25 | **Elysium Solar Energy Company**<br>192 Railroad St, McDonald, PA 15057 | Pre-petition | Trade debt — accounts payable | $7,700.00 |
| 2.26 | **Energy Bill Cruncher**<br>8383 Wilshire Blvd, Suite 540, Beverly Hills, CA 90211 | Pre-petition | Trade debt — accounts payable | $27,717.21 |

| 2.27 | **Ensite Services LLC**<br>3308 Tiverton Ct Ste 200, Arlington, TX 76001 | Pre-petition | Trade debt — accounts payable | $2,862.00 |
|---|---|---|---|---|
| 2.28 | **Fatima Grace Igot**<br>[Address required] | Pre-petition | Trade debt — accounts payable | $4,000.00 |
| 2.29 | **Final Mile Solar**<br>3739 West 2270 South, West Valley City, UT 84120 | Pre-petition | Trade debt — accounts payable; also subject of pending litigation / contract dispute | $277,511.65 |
| 2.30 | **GR Bacher LLC**<br>1542 N Sunset Dr, Spanish Fork, UT 84660 | Pre-petition | Trade debt — accounts payable (credit balance) | (−$500.00) credit balance — see note |
| 2.31 | **Greentech Renewables**<br>9190 Activity Road, Suite 2A, San Diego, CA 92126 | Pre-petition | Trade debt — accounts payable | $2,280.14 |
| 2.32 | **Guru Digital**<br>[Address required] | Pre-petition | Trade debt — accounts payable | $15,000.00 |
| 2.33 | **Huff's Tree Service, LLC**<br>2909 W 41st St N, Wichita, KS 67204 | Pre-petition | Trade debt — accounts payable | $2,500.00 |
| 2.34 | **Hunter's Lawn Care and Tree Service**<br>4725 Arrowhead Drive, St Joseph, MO 64506 | Pre-petition | Trade debt — accounts payable | $2,500.00 |
| 2.35 | **Indeed, Inc.**<br>200 West 6th Street, Austin, TX 78701 | Pre-petition | Trade debt — accounts payable | $19,319.65 |
| 2.36 | **Jake Harken**<br>[Address required] | Unknown | Pending litigation — nature TBD | UNKNOWN [Supplement] |
| 2.37 | **Jesse Kirby**<br>[Address required] | Unknown | Pending litigation — nature TBD | UNKNOWN [Supplement] |
| 2.38 | **John Ollen**<br>1840 Oakland Ave, Kansas City, KS 66200 | Pre-petition | Trade debt — accounts payable | $1,500.00 |
| 2.39 | **Jose Davila III**<br>2105 Alexandria Drive, Lexington, KY 40504 | Pre-petition | Trade debt — accounts payable | $811.99 |
| 2.40 | **Keith Gonzalez**<br>4273 S 1350 E, Salt Lake City, UT 84124 | Pre-petition | Installation services / accounts payable — claim partially satisfied by asset transfer (supplies); residual to be confirmed | $78,778.23 |
| 2.41 | **Lifetime Solar LLC**<br>1509 Walnut St Suite 102, Kansas City, MO 64108 | Pre-petition | Trade debt — accounts payable | $13,638.00 |
| 2.42 | **Linda Duree**<br>[Address required] | Unknown | Pending litigation | $86,000.00 (claimed) |
| 2.43 | **Naves Law PC**<br>4516 N Summer View Dr, Lehi, UT 84043 | Pre-petition | Trade debt — accounts payable | $16,476.00 |
| 2.44 | **Nelson Hall Parry Tucker, PLLC**<br>490 Memorial Drive, Idaho Falls, ID 83402 | Pre-petition | Trade debt — accounts payable (combined AP entry with Paladin Risk Management LLC; allocation to be confirmed) | $476.62 (combined — see note) |

| | | | | |
|---|---|---|---|---|
| 2.45 | **Nevada State Contractors Board** Attn: Case No. 30067613, 2310 Corporate Circle, Henderson, NV 89074 | Unknown | Regulatory — investigative case / potential fine or penalty | UNKNOWN [Supplement] |
| 2.46 | **Paladin Risk Management LLC** 275 E Hillcrest Drive #215, Thousand Oaks, CA 91360 | Pre-petition | Trade debt — accounts payable (combined with Nelson Hall Parry Tucker, PLLC) | Included with Nelson Hall Parry Tucker — allocation TBD |
| 2.47 | **Peak Permits** 1160 S State Street #200, Orem, UT 84097 | Pre-petition | Trade debt — accounts payable | $25,168.00 (confirm cents) |
| 2.48 | **Peak Premium** 660 Newport Center Drive, Suite 1050, Newport Beach, CA 92660 | Pre-petition | Trade debt — accounts payable | $7,874.07 |
| 2.49 | **Permit Flow** 2261 Market Street, Ste 10301, San Francisco, CA 94114 | Pre-petition | Trade debt — accounts payable | $100,440.84 |
| 2.50 | **Power Up Renewable Energy** 6330 Proprietors Rd Ste F, Worthington, OH 43085 | Pre-petition | Trade debt — accounts payable | $571,151.00 |
| 2.51 | **Prodigy Promos** 122 S 1380 W, Lindon, UT 84042 | Pre-petition | Trade debt — accounts payable | $8,133.25 |
| 2.52 | **PV Project Services LLC (dba PV Project Solutions)** 2965 S Hwy 89, Wellsville, UT 84339 | Pre-petition | Trade debt — accounts payable | $23,743.68 |
| 2.53 | **RaSol Energy** 9026 Rolling Green Ave, Oklahoma City, OK 73132 | Pre-petition | Trade debt — accounts payable | $5,643.00 |
| 2.54 | **Red Farms, LLC** [Address required] | Unknown | Threatened claim — nature TBD | $30,000.00 (threatened) |
| 2.55 | **Reflection Energy** 219 E Sandhill Rd, Derby, KS 67037 | Pre-petition | Trade debt — accounts payable | $17,790.25 |
| 2.56 | **Rocky Mountain Power** 1407 West North Temple, Salt Lake City, UT 84116 | Pre-petition | Trade debt — accounts payable | $142.41 |
| 2.57 | **Roofix** 4025 Woodland Park Blvd. Suite 280, Arlington, TX 76013 | Pre-petition | Trade debt — accounts payable | $14,755.95 |
| 2.58 | **Salesforce, Inc.** 415 Mission Street, 3rd Floor, San Francisco, CA 94105 | Pre-petition | Trade debt — accounts payable | $60,890.33 |
| 2.59 | **SalesRabbit, Inc.** 2000 West Ashton Boulevard, Suite 450, Lehi, UT 84043 | Pre-petition | Trade debt — accounts payable | $102,486.12 |
| 2.60 | **Sealed Home Efficiency LLC** 2167 E Fieldstone Dr, St. George, UT 84790 | Pre-petition | Trade debt — accounts payable | $87,902.00 |
| 2.61 | **Shutternice LLC** 660 North 360 East, American Fork, UT 84003 | Pre-petition | Trade debt — accounts payable | $275.00 |

| 2.62 | **Solar Insure, Inc.** 555 Anton Blvd, Suite 150, Costa Mesa, CA 92626 | Pre-petition | Trade debt — accounts payable | $47,776.00 |
|---|---|---|---|---|
| 2.63 | **SolutionCX** 412 W Rivers Edge Dr, Provo, UT 84604 | Pre-petition | Trade debt — accounts payable | $17,704.63 |
| 2.64 | **State of Ohio Office of the Attorney General** 30 E Broad Street, 14th Floor, Columbus, OH 43215 | Unknown | Pending litigation — nature TBD (state regulatory / consumer) | UNKNOWN [Supplement] |
| 2.65 | **Sundance Mountain Resort** 8841 North Alpine Loop Road, Sundance, UT 84604 | Pre-petition | Trade debt — accounts payable | $8,221.62 |
| 2.66 | **TEC Solar, PLLC** 8470 W Magna Main St Unit 311, Magna, UT 84044 | Pre-petition | Trade debt — accounts payable | $32,885.00 |
| 2.67 | **Touchstone Communications** 9800 Hillwood Parkway, Suite 140, Fort Worth, TX 76177 | Pre-petition | Trade debt — accounts payable | $3,573.11 |
| 2.68 | **USA Insulation of Cleveland** 31920 Vine St, Willowick, OH 44095 | Pre-petition | Trade debt — accounts payable | $1,296.60 |
| 2.69 | **Wells Fargo Bank, N.A.** PO Box 6995, Portland, OR 97228 | Ongoing | Overdrawn checking account — acct ending x6367 | $780.00 (approx.) |

*Note: Amounts for trade/accounts-payable creditors are stated per the Debtor's accounts payable records (June 2026). Debtor is continuing to identify creditors and confirm balances and will supplement this schedule within the court-ordered deadline.*

## Summary of Unsecured Claims

| Category | Amount |
|---|---|
| Part 1 — Priority unsecured claims | Unknown (supplement pending) |
| Part 2 — Nonpriority unsecured claims (known) | $2,578,860.80 |
| **TOTAL UNSECURED** (known, subject to reconciliation) | **$2,578,860.80** |

*Total reflects known nonpriority amounts; certain claims remain UNKNOWN/TBD and are not included. Subject to reconciliation (see notes regarding credit balances and combined entries).*

## Declaration

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this schedule will be supplemented as additional creditor information becomes available.

Executed on: _21 May 26_

x _[signature]_

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

**Debtor: G3 Solar, LLC**

EIN: 81-2880073

Case No.: __26-23517_____ (if known)

OFFICIAL FORM 206A/B

SCHEDULE A/B: ASSETS — REAL AND PERSONAL PROPERTY

**Part 1: Cash and Cash Equivalents**

| | Description | Institution | Current Value |
|---|---|---|---|
| 1. | Checking account | Wells Fargo Bank, N.A. Acct ending x6367 | -$780.00 (overdrawn) |

**Total Part 1 Cash:  $0.00 (negative balance — no recoverable cash)**

**Part 2: Deposits and Prepayments**

None.

**Part 3: Accounts Receivable**

None. Total accounts receivable: $0.00

**Part 4: Investments**

None.

**Part 5: Inventory, Excluding Agriculture Assets**

None. All inventory was transferred to Keith Gonzales prior to cessation of operations to satisfy outstanding installation service debt. See Statement of Financial Affairs, Question 13.

**Part 6: Farming and Fishing-Related Assets**

Not applicable.

## Part 7: Office Furniture, Fixtures, and Equipment; Collectibles

None.

## Part 8: Machinery, Equipment, and Vehicles

None.

## Part 9: Real Property

None. Debtor does not own any real property.

## Part 10: Intangibles and Intellectual Property

None of significant value. Debtor's business license, trade name, and any residual goodwill are of de minimis or no value given the cessation of operations.

## Part 11: All Other Assets

None.

---

## Summary of Assets

| Asset Category | Estimated Value |
| --- | --- |
| Part 1: Cash and Cash Equivalents | $0.00 |
| Parts 2–11: All Other Assets | $0.00 |
| **TOTAL ASSETS** | **$0.00** |

## Declaration

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in this Schedule A/B and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _21 May 26_

x _____

Signature of authorized representative of debtor

Tyrell Gray, Managing Member

G3 Solar, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

**Debtor: G3 Solar, LLC**

Case No.: _____26-23517_____ (if known)

OFFICIAL FORM 206D

SCHEDULE D: CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY

Check if debtor has no creditors holding secured claims to report on this Schedule D:

☒   Debtor has NO secured creditors.

Based on a review of the debtor's records, the debtor has no secured debts. No creditors hold liens, security interests, mortgages, deeds of trust, or other encumbrances on any property of the debtor.

*Note to Trustee: The debtor owned no real property and no titled vehicles. All equipment and inventory were transferred or abandoned prior to the petition date. See Schedule A/B and Statement of Financial Affairs.*

**Total secured claims: $0.00**

**Declaration**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _31 May 26_

x _____

Tyrell Gray, Managing Member, G3 Solar, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

**Debtor: G3 Solar, LLC**

Case No.: ___26-23517_____ (if known)

OFFICIAL FORM 206G

SCHEDULE G: EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Check if debtor has no executory contracts or unexpired leases:

☐ Debtor may have had executory contracts — see below.

| # | Counterparty Name & Address | Description of Contract/Lease | Status |
|---|---|---|---|
| 1. | 800ind (Commercial Landlord) Unit 340 [Address TBD from lease] | Office lease — Unit 340. Monthly rent $2,122/mo + CAM charges. Lease ran 08/01/2022 – 10/31/2024 per ledger. Move-out date: 10/31/2024. | Expired per lease ledger (move-out 10/31/24). Likely no longer executory. However, amounts remain owing. Confirm with landlord whether any holdover obligations exist. |
| 2. | Final Mile Solar [Address TBD] | Vendor/contractor agreement — nature of remaining obligations TBD. Final Mile Solar is also a named plaintiff in pending litigation. | Status unknown. Listed as both creditor and potential contract counterparty. Will supplement upon records recovery. |

*Note: Debtor ceased operations on February 1, 2026. Debtor believes no other executory contracts or unexpired leases are currently in effect. This schedule will be supplemented if additional contracts are identified upon recovery of electronic records.*

**Declaration**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _21 May 26_

x _____

Tyrell Gray, Managing Member, G3 Solar, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

**Debtor: G3 Solar, LLC**

Case No.: _____26-23517_____ (if known)

OFFICIAL FORM 206H

SCHEDULE H: CODEBTORS

---

☒   Debtor has NO codebtors.

Based on the debtor's records and the representations of its managing member, no debts of the debtor are personally guaranteed by any owner, member, officer, or other party. No co-signers are known to exist on any debts of G3 Solar, LLC.

*Note: If additional information becomes available indicating any personal guarantees exist, this schedule will be amended immediately.*

**Declaration**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ____21 May 26_____

x _____

Tyrell Gray, Managing Member, G3 Solar, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

**Debtor: G3 Solar, LLC**

Case No.: ___26-23517_____ (if known)

## OFFICIAL FORM 207

## STATEMENT OF FINANCIAL AFFAIRS FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY

---

## Part 1: Income

### 1. Gross revenue from business

| Fiscal Year | Description | Amount |
|---|---|---|
| 2024 (Jan–Feb 1) | Residential solar sales and installation — operations ceased Feb 1, 2026. Revenue for 2024 and early 2025 is unknown pending recovery of financial records. | UNKNOWN [Supplement] |
| 2023 | Residential solar sales and installation — full year | UNKNOWN [Supplement] |
| 2022 | Residential solar sales and installation | UNKNOWN [Supplement] |

*Note: Debtor's managing member has lost access to Gmail and DocuSign accounts containing financial records. Debtor will supplement this response upon recovery of records.*

### 2. Non-business revenue

None known.

## Part 2: List Certain Transfers Made Before Filing

### 3. Certain payments or transfers to creditors within 90 days before filing

☒  No payments exceeding $7,575 were made to any creditor within the 90 days before the petition date.

**4. Payments or other transfers of property made within 1 year before filing that benefited any insider**

☒   No insider payments were made within the past year.


**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

The following legal proceedings are pending or were threatened against the debtor within the year before filing:

| # | Case Title | Court/Agency | Case No. | Status |
|---|---|---|---|---|
| 7.1 | Linda Duree v. G3 Solar, LLC | Leavenworth County District Court | LV-2025-CV-000286 | Pending — $86,000 claimed |
| 7.2 | Jake Harken v. G3 Solar, LLC | UALD | Wage Claim No. 26-00756 | Pending — amount TBD |
| 7.3 | Final Mile Solar v. G3 Solar, LLC | THIRD DISTRICT COURT | 260901902 | Pending — amount TBD |
| 7.4 | State of Ohio v. G3 Solar, LLC | COURT IF COMMON PLEAS FRANKLIN COUNTY, OHIO | 26 CV 000270 | Pending — amount TBD |
| 7.5 | Nevada State Contractors Board Investigation | Nevada State Contractors Board | 30067613 | Investigative — pending |
| 7.6 | Jesse Kirby v. G3 Solar, LLC | UALD | Wage Claim No. 26-00992 | Pending — amount TBD |
| 7.7 | Red Farms, LLC (threatened claim) | No filing known | N/A | Threatened — $30,000 |


**8. Assignments and receivership**

None.


**Part 4: Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case.

None.


**Part 5: Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

None known.

## Part 6: Certain Payments or Transfers

### 11. Payments related to bankruptcy

Debtor has retained Jared Hunsaker, Esq. as bankruptcy counsel. Fee arrangements are to be disclosed in the attorney's Rule 2016 disclosure statement.

### 12. Self-settled trusts of which the debtor is a beneficiary

None.

### 13. Transfers NOT already listed on this statement — property transferred within 2 years before filing

**DISCLOSED TRANSFER — SUPPLIES TO KEITH GONZALES:**

| | |
|---|---|
| **Transferee:** | Keith Gonzales [Address TBD] *834 E 5900 S., Murray, Ut 84107* |
| **Relationship:** | Trade creditor — installation services provider (arms-length transaction) |
| **Property Transferred:** | Solar installation supplies and materials — specific description TBD upon records recovery. No cash consideration exchanged. |
| **Transfer Date:** | Approximate date TBD [Supplement — occurred prior to cessation of operations, within 2-year lookback period] |
| **Value:** | Unknown — estimated de minimis given condition of inventory [Supplement] *Aprox $20K* |
| **Purpose:** | To satisfy an outstanding debt owed to Keith Gonzales for installation services previously rendered to the debtor. This transfer was made to satisfy a legitimate business obligation and constitutes a contemporaneous exchange for new value. |

*Counsel Note: This transfer requires careful trustee analysis. If valued at more than $7,575 and made within 90 days (or within 1 year if insider), it may be subject to preference avoidance under 11 U.S.C. § 547. As Keith Gonzales is not an insider and the transfer appears to have occurred more than 90 days before filing, ordinary course and contemporaneous exchange defenses may apply. Additional documentation should be obtained from Tyrell Gray.*

## Part 7: Previous Locations

14. Previous addresses — List all previous addresses used by debtor within 3 years before filing this case.

| Address | Dates of Use | Type |
|---|---|---|
| [Unit 340 — building address TBD from lease] 800ind building, Utah County | 08/01/2022 – 10/31/2024 | Office/Principal place of business |
| 8651 S 1150 E Spanish Fork, UT 84660 | Current / Principal address | Managing Member's |

address / current
registered address

## Part 8: Health Care Bankruptcies

15. Health Care bankruptcies.

Not applicable. Debtor is not a health care business.

## Part 9: Personally Identifiable Information

16–18. Does the debtor collect and retain personally identifiable information of customers?

Debtor may have retained customer contact information and project data in the ordinary course of its residential solar business. This information was stored in Gmail and electronic records systems, access to which has been lost. No specific PII breach is known. Debtor will supplement upon records recovery.

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 19. Closed financial accounts

Wells Fargo Bank, N.A. — Checking account ending x6367. Account remains open but is overdrawn (-$780.00). No other accounts known.

### 20–21. Safe deposit boxes and storage units

None known.

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. Property held for another.

None.

## Part 12: Details About Environmental Information

22–24. Environmental information.

None. Debtor's business (residential solar installation) did not involve hazardous materials requiring environmental reporting.

## Part 13: Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or had an interest

None known.

## 26. Books, records, and financial statements

| | |
|---|---|
| **Name of record-keeper:** | Tyrell Gray (Managing Member) |
| **Location of records:** | Primarily stored in Gmail (tyrellgray@gmail.com — access lost) and DocuSign. Some physical records may exist at 8651 S 1150 E, Spanish Fork, UT 84660. |
| **Accountant/Bookkeeper:** | Unknown / TBD [Supplement] |
| **Tax preparer:** | Unknown / TBD [Supplement] |

## 27. Inventories

No formal inventory was conducted prior to cessation of operations. Remaining supplies were transferred to Keith Gonzales. See Question 13 above.

## 28. Current partners, officers, directors, and shareholders

| Name | Address | Title/Role | Ownership % |
|---|---|---|---|
| Tyrell Gray | 8651 S 1150 E Spanish Fork, UT 84660 | Sole Member / Managing Member | 100% |

## 29. Officers, directors, managing members, general partners, members in control, controlling shareholders — 1 year before filing

Same as Question 28. Tyrell Gray has been the sole member and managing member since formation.

## 30. Payments, distributions, or withdrawals credited or given to insiders — 1 year before filing

None. Managing member represents no insider payments or distributions were made in the year before filing.

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

No.

## 32. Within 6 years before filing, has the debtor as an employer been responsible for contributing to a pension fund?

No.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. I acknowledge that this statement will be supplemented as additional records become available.

Executed on: _____

X _____
Signature of authorized representative of debtor

Tyrell Gray
Printed name

Managing Member
Title

G3 Solar, LLC

_____

**Signature of Attorney**

X _____
Jared Hunsaker, Esq.
Attorney for Debtor G3 Solar, LLC
Date: ___6/10/26___