**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **G3 Solar, LLC** (Name) | EIN | **81–2880073** |
| United States Bankruptcy Court | **District of Utah** | | |
| Case number: | **26–23517 MFT** | Date case filed for chapter **7:** | **6/10/26** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Case status information is available at no charge by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | G3 Solar, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 8651 S. 1150 E.<br>Spanish Fork, UT 84660 | |
| **4. Debtor's attorney**<br>Name and address | Jared Dennis Hunsaker<br>2836 W Silverbrook Ct.<br>Lehi, UT 84048 | Contact phone 435–214–6109<br>Email: jaredsaker@gmail.com |
| **5. Bankruptcy trustee**<br>Name and address | Mark C. Rose tr<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111 | Contact phone 801–323–3390<br>Email: trustee.mrose@rqn.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br>Contact phone: (801) 524–6687<br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**July 13, 2026 at 08:30 AM**<br>Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 560 048 9014, and Passcode 4276295573, OR call 1–385–399–3808** |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court

District of Utah

In re: Case No. 26-23517-MFT
G3 Solar, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 3
Date Rcvd: Jun 17, 2026 Form ID: 309C Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | G3 Solar, LLC, 8651 S. 1150 E., Spanish Fork, UT 84660-9776 |
| 12939797 | + | AG Roofing LLC, 1708 Calle de Loma, Emporia, KS 66801-5820 |
| 12939793 | + | Above Standard Electric LLC, 1081 18th Street, Otsego, MI 49078-9791 |
| 12939792 | + | Above and Beyond Home Improvements LLC, 8705 Sleepy Creek Drive, Raleigh, NC 27613-1321 |
| 12939794 | + | Absolute Janitorial Services, 1296 W 635 S, Orem, UT 84058-4975 |
| 12939796 | + | Aeroseal LLC, 225 Byers Rd, Miamisburg, OH 45342-3614 |
| 12939798 | + | All Premium Contractors, Inc., 22647 Ventura Blvd Suite 426, Woodland Hills, CA 91364-1416 |
| 12939799 | + | Alpha and Omega Energy, 4350 Arville Street #400, Las Vegas, NV 89103-3809 |
| 12939800 | + | Amber Investments LLC, c/o TOK Commercial, 250 S 5th Street, 2nd Floor, Boise, ID 83702-7713 |
| 12939801 | + | Armour Insulation LLC, 241 Mine Rd, Oley, PA 19547-8968 |
| 12939802 | + | Arrow Roofing Services, LLC, 210 W Front St, Unit 1175, Monroe, MI 48161-7764 |
| 12939803 | + | Astrawatt Solar of Atlanta, 3350 Riverwood Pkwy SE, Ste 1967, Atlanta, GA 30339-6401 |
| 12939804 | + | Aurora Solar, 434 Brannan Street, San Francisco, CA 94107-1714 |
| 12939805 | + | Avid Life, 2787 E Cliff Shadow Dr, St George, UT 84790-2675 |
| 12939807 | + | BTJD LLC, 3165 E Millrock Dr Ste 500, Salt Lake City, UT 84121-4704 |
| 12939812 | + | Bodhi, 2400 Homedale Cir,, Austin, TX 78704-3835 |
| 12939806 | + | Brenda Sanlistevan-Fenton, 625 Blueridge Dr,, Tooele, UT 84074-1908 |
| 12939811 | + | CSC ServiceWorks, Inc., 35 Pinelawn Road, Suite 120, Melville, NY 11747-3158 |
| 12939808 | | Caleb Patterson, 2598 State Highway 1933, Jackson, KY 41339 |
| 12939809 | + | Callpilot LLC, 3401 N Thanksgiving Way,, Suite 325 Lehi, UT 84048-4145 |
| 12939810 | + | Century Roofing, 6 South 59 Street Lane, Kansas City, KS 66102-3340 |
| 12939813 | + | Ecovole, 1477 Main St Unit 2505, Kansas City, MO 64105-3634 |
| 12939814 | + | Eden Vera, 4810 Whisper Wood Dr,, Lehi, UT 84048-6576 |
| 12939815 | + | Elysium Solar Energy Company, 192 Railroad St, McDonald, PA 15057-1447 |
| 12939816 | + | Energy Bill Cruncher, 8383 Wilshire Blvd,, Suite 540,, Beverly Hills, CA 90211-2403 |
| 12939817 | + | Ensite Services LLC, 3308 Tiverton Ct Ste 200, Arlington, TX 76001-6521 |
| 12939819 | + | GR Bacher LLC, 1542 N Sunset Dr, Spanish Fork, UT 84660-1365 |
| 12939820 | + | Greentech Renewables, 9190 Activity Road, Suite 2A, San Diego, CA 92126-4423 |
| 12939821 | + | Huff's Tree Service, LLC, 2909 W 41st St N, Wichita, KS 67204-3020 |
| 12939822 | + | Hunter's Lawn Care and Tree Service, 4725 Arrowhead Drive, St Joseph, MO 64506-2504 |
| 12939823 | + | Indeed, Inc., 200 West 6th Street, Austin, TX 78701-3161 |
| 12939824 | + | John Ollen, 1840 Oakland Ave, Kansas City, KS 66102-2656 |
| 12939825 | + | Jose Davila III, 2105 Alexandria Drive, Lexington, KY 40504-3211 |
| 12939826 | + | Keith Gonzalez, 4273 S 1350 E, Salt Lake City, UT 84124-2554 |
| 12939828 | + | Naves Law PC, 4516 N Summer View Dr, Lehi, UT 84048-6873 |
| 12939829 | + | Nelson Hall Parry Tucker, PLLC, 490 Memorial Drive, Idaho Falls, ID 83402-3600 |
| 12939836 | + | PV Project Services LLC, 2965 S Hwy 89, Wellsville, UT 84339-9778 |
| 12939830 | + | Paladin Risk Management LLC, 275 E Hillcrest Drive #215, Thousand Oaks, CA 91360-8246 |
| 12939831 | + | Peak Permits, 1160 S State Street #200, Orem, UT 84097-8249 |
| 12939832 | + | Peak Premium, 660 Newport Center Drive, Suite 1050, Newport Beach, CA 92660-6411 |
| 12939833 | + | Permit Flow, 2261 Market Street, Ste 10301, San Francisco, CA 94114-1612 |
| 12939834 | + | Power Up Renewable Energy, 6330 Proprietors Rd Ste F, Worthington, OH 43085-3296 |
| 12939835 | + | Prodigy Promos, 122 S 1380 W, Lindon, UT 84042-1613 |
| 12939838 | + | Reflection Energy, 219 E Sandhill Rd, Derby, KS 67037-3835 |
| 12939840 | + | Roofix, 4025 Woodland Park Blvd., Suite 280, Arlington, TX 76013-8056 |

| | | |
|---|---|---|
| 12939842 | + | SalesRabbit, Inc., 2000 West Ashton Boulevard, Suite 450, Lehi, UT 84048-8013 |
| 12939843 | + | Sealed Home Efficiency LLC, 2167 E Fieldstone Dr,, St. George, UT 84790-4233 |
| 12939844 | + | Shutternice LLC, 660 North 360 East, American Fork, UT 84003-1824 |
| 12939845 | + | Solar Insure, Inc., 555 Anton Blvd, Suite 150, Costa Mesa, CA 92626-7036 |
| 12939846 | + | SolutionCX, 412 W Rivers Edge Dr, Provo, UT 84604-1538 |
| 12939847 | + | Sundance Mountain Resort, 8841 North Alpine Loop Road, Sundance, UT 84604-5538 |
| 12939848 | + | TEC Solar, PLLC, 8470 W Magna Main St Unit 311, Magna, UT 84044-6414 |
| 12939849 | + | Touchstone Communications, 9800 Hillwood Parkway, Suite 140, Fort Worth, TX 76177-1532 |
| 12939850 | + | USA Insulation of Cleveland, 31920 Vine St, Willowick, OH 44095-3569 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jaredsaker@gmail.com | Jun 18 2026 00:09:00 | Jared Dennis Hunsaker, 2836 W Silverbrook Ct., Lehi, UT 84048 |
| tr | | EDI: BMCROSE | Jun 18 2026 03:58:00 | Mark C. Rose tr, 36 South State Street, Suite 1400, Salt Lake City, UT 84111 |
| 12939795 | | Email/Text: AEPBankruptcy@aep.com | Jun 18 2026 00:09:00 | AEP - American Electric Power, 1 Riverside Plaza, Columbus, OH 43215 |
| 12939839 | + | Email/Text: bankruptcynotifications@pacificorp.com | Jun 18 2026 00:11:00 | Rocky Mountain Power, 1407 West North Temple, Salt Lake City, UT 84116-3193 |
| 12939841 | + | Email/Text: baddebt@salesforce.com | Jun 18 2026 00:10:00 | Salesforce, Inc., 415 Mission Street, 3rd Floor, San Francisco, CA 94105-2504 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12939818 | ##+ | Final Mile Solar, 3739 West 2270 South, West Valley City, UT 84120-2303 |
| 12939827 | ##+ | Lifetime Solar LLC, 1509 Walnut St Suite 102, Kansas City, MO 64108-1466 |
| 12939837 | ##+ | RaSol Energy, 9026 Rolling Green Ave, Oklahoma City, OK 73132-2053 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jared Dennis Hunsaker | |

| | |
|---|---|
| | on behalf of Debtor G3 Solar LLC jaredsaker@gmail.com |
| Mark C. Rose tr | trustee.mrose@rqn.com UT32@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3