Mark C. Rose, #13855
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
E-mail: mrose@rqn.com
*Trustee of the Chapter 7 Bankruptcy*
*Estate of G3 Solar, LLC*

---

## THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>G3 SOLAR, LLC,<br><br>  Debtor. | Bankruptcy Case 26-23517<br>(Chapter 7)<br><br>Judge Michael F. Thomson |

### NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 CASE

Pursuant to 11 U.S.C. § 707(a), Mark C. Rose, as trustee of the Chapter 7 bankruptcy estate of G3 Solar, LLC ("Debtor"), hereby moves that this case be dismissed as to Debtor because it did not appear at the 11 U.S.C. § 341 meeting. Local Rule 2003-1.

**UNLESS AN OBJECTION IS FILED WITH THE COURT BY AUGUST 6, 2026, THE COURT MAY ENTER AN ORDER DISMISSING THIS CASE WITHOUT A HEARING. IF AN OBJECTION IS FILED, THE OBJECTING PARTY MUST SCHEDULE A HEARING AND SERVE NOTICE OF THE HEARING.**

The moving party requests that this Notice of Hearing and Motion to Dismiss be served as required by Fed. R. Bankr. P. 2002(a)(4). *See* Local Rule 1007-1(a)(1) and 2003-1(d).

          /s/ Mark C. Rose
Mark C. Rose
*Trustee of the Chapter 7 Bankruptcy*
*Estate of G3 Solar, LLC*