Mark C. Rose, #13855
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
E-mail: mrose@rqn.com
*Trustee of the Chapter 7 Bankruptcy*
*Estate of G3 Solar, LLC*

---

## THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>G3 SOLAR, LLC,<br><br>    Debtor. | Bankruptcy Case 26-23517<br>(Chapter 7)<br><br>Judge Michael F. Thomson |

## NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 CASE

---

Pursuant to 11 U.S.C. § 707(a), Mark C. Rose, as trustee of the Chapter 7 bankruptcy estate of G3 Solar, LLC ("Debtor"), hereby moves that this case be dismissed as to Debtor because it did not appear at the 11 U.S.C. § 341 meeting. Local Rule 2003-1.

**UNLESS AN OBJECTION IS FILED WITH THE COURT BY AUGUST 6, 2026, THE COURT MAY ENTER AN ORDER DISMISSING THIS CASE WITHOUT A HEARING. IF AN OBJECTION IS FILED, THE OBJECTING PARTY MUST SCHEDULE A HEARING AND SERVE NOTICE OF THE HEARING.**

The moving party requests that this Notice of Hearing and Motion to Dismiss be served as required by Fed. R. Bankr. P. 2002(a)(4). *See* Local Rule 1007-1(a)(1) and 2003-1(d).

                    /s/ Mark C. Rose
                    Mark C. Rose
                    *Trustee of the Chapter 7 Bankruptcy*
                    *Estate of G3 Solar, LLC*

United States Bankruptcy Court

District of Utah

| In re: | Case No. 26-23517-MFT |
|---|---|
| G3 Solar, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: pdfntc2 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | G3 Solar, LLC, 8651 S. 1150 E., Spanish Fork, UT 84660-9776 |
| 12939797 | + | AG Roofing LLC, 1708 Calle de Loma, Emporia, KS 66801-5820 |
| 12939793 | + | Above Standard Electric LLC, 1081 18th Street, Otsego, MI 49078-9791 |
| 12939792 | + | Above and Beyond Home Improvements LLC, 8705 Sleepy Creek Drive, Raleigh, NC 27613-1321 |
| 12939794 | + | Absolute Janitorial Services, 1296 W 635 S, Orem, UT 84058-4975 |
| 12939796 | + | Aeroseal LLC, 225 Byers Rd, Miamisburg, OH 45342-3614 |
| 12939798 | + | All Premium Contractors, Inc., 22647 Ventura Blvd Suite 426, Woodland Hills, CA 91364-1416 |
| 12939799 | + | Alpha and Omega Energy, 4350 Arville Street #400, Las Vegas, NV 89103-3809 |
| 12939800 | + | Amber Investments LLC, c/o TOK Commercial, 250 S 5th Street, 2nd Floor, Boise, ID 83702-7713 |
| 12939801 | + | Armour Insulation LLC, 241 Mine Rd, Oley, PA 19547-8968 |
| 12939802 | + | Arrow Roofing Services, LLC, 210 W Front St, Unit 1175, Monroe, MI 48161-7764 |
| 12939805 | + | Avid Life, 2787 E Cliff Shadow Dr, St George, UT 84790-2675 |
| 12939807 | + | BTJD LLC, 3165 E Millrock Dr Ste 500, Salt Lake City, UT 84121-4704 |
| 12939812 | + | Bodhi, 2400 Homedale Cir,, Austin, TX 78704-3835 |
| 12939806 | + | Brenda Sanlistevan-Fenton, 625 Blueridge Dr,, Tooele, UT 84074-1908 |
| 12939811 | + | CSC ServiceWorks, Inc., 35 Pinelawn Road, Suite 120, Melville, NY 11747-3158 |
| 12939808 | | Caleb Patterson, 2598 State Highway 1933, Jackson, KY 41339 |
| 12939809 | + | Callpilot LLC, 3401 N Thanksgiving Way,, Suite 325 Lehi, UT 84048-4145 |
| 12939810 | + | Century Roofing, 6 South 59 Street Lane, Kansas City, KS 66102-3340 |
| 12939813 | + | Ecovole, 1477 Main St Unit 2505, Kansas City, MO 64105-3634 |
| 12939814 | + | Eden Vera, 4810 Whisper Wood Dr,, Lehi, UT 84048-6576 |
| 12939815 | + | Elysium Solar Energy Company, 192 Railroad St, McDonald, PA 15057-1447 |
| 12939816 | + | Energy Bill Cruncher, 8383 Wilshire Blvd,, Suite 540,, Beverly Hills, CA 90211-2403 |
| 12939817 | + | Ensite Services LLC, 3308 Tiverton Ct Ste 200, Arlington, TX 76001-6521 |
| 12939819 | + | GR Bacher LLC, 1542 N Sunset Dr, Spanish Fork, UT 84660-1365 |
| 12939820 | + | Greentech Renewables, 9190 Activity Road, Suite 2A, San Diego, CA 92126-4423 |
| 12939821 | + | Huff's Tree Service, LLC, 2909 W 41st St N, Wichita, KS 67204-3020 |
| 12939822 | + | Hunter's Lawn Care and Tree Service, 4725 Arrowhead Drive, St Joseph, MO 64506-2504 |
| 12939823 | + | Indeed, Inc., 200 West 6th Street, Austin, TX 78701-3161 |
| 12939824 | + | John Ollen, 1840 Oakland Ave, Kansas City, KS 66102-2656 |
| 12939825 | + | Jose Davila III, 2105 Alexandria Drive, Lexington, KY 40504-3211 |
| 12939828 | + | Naves Law PC, 4516 N Summer View Dr, Lehi, UT 84048-6873 |
| 12939829 | + | Nelson Hall Parry Tucker, PLLC, 490 Memorial Drive, Idaho Falls, ID 83402-3600 |
| 12939836 | + | PV Project Services LLC, 2965 S Hwy 89, Wellsville, UT 84339-9778 |
| 12939830 | + | Paladin Risk Management LLC, 275 E Hillcrest Drive #215, Thousand Oaks, CA 91360-8246 |
| 12939832 | + | Peak Premium, 660 Newport Center Drive, Suite 1050, Newport Beach, CA 92660-6411 |
| 12939833 | + | Permit Flow, 2261 Market Street, Ste 10301, San Francisco, CA 94114-1612 |
| 12939834 | + | Power Up Renewable Energy, 6330 Proprietors Rd Ste F, Worthington, OH 43085-3296 |
| 12939835 | + | Prodigy Promos, 122 S 1380 W, Lindon, UT 84042-1613 |
| 12939838 | + | Reflection Energy, 219 E Sandhill Rd, Derby, KS 67037-3835 |
| 12939840 | + | Roofix, 4025 Woodland Park Blvd., Suite 280, Arlington, TX 76013-8056 |
| 12939842 | + | SalesRabbit, Inc., 2000 West Ashton Boulevard, Suite 450, Lehi, UT 84048-8013 |
| 12939843 | + | Sealed Home Efficiency LLC, 2167 E Fieldstone Dr,, St. George, UT 84790-4233 |
| 12939844 | + | Shutternice LLC, 660 North 360 East, American Fork, UT 84003-1824 |
| 12939845 | + | Solar Insure, Inc., 555 Anton Blvd, Suite 150, Costa Mesa, CA 92626-7036 |

District/off: 1088-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2026 | Form ID: pdfntc2 | Total Noticed: 53

| | | |
|---|---|---|
| 12939846 | + | SolutionCX, 412 W Rivers Edge Dr, Provo, UT 84604-1538 |
| 12939847 | + | Sundance Mountain Resort, 8841 North Alpine Loop Road, Sundance, UT 84604-5538 |
| 12939848 | + | TEC Solar, PLLC, 8470 W Magna Main St Unit 311, Magna, UT 84044-6414 |
| 12939849 | + | Touchstone Communications, 9800 Hillwood Parkway, Suite 140, Fort Worth, TX 76177-1532 |
| 12939850 | + | USA Insulation of Cleveland, 31920 Vine St, Willowick, OH 44095-3569 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 12939795 | Email/Text: AEPBankruptcy@aep.com | | |
| | | Jul 14 2026 00:57:00 | AEP - American Electric Power, 1 Riverside Plaza, Columbus, OH 43215 |
| 12939839 | + Email/Text: bankruptcynotifications@pacificorp.com | | |
| | | Jul 14 2026 00:57:00 | Rocky Mountain Power, 1407 West North Temple, Salt Lake City, UT 84116-3193 |
| 12939841 | + Email/Text: baddebt@salesforce.com | | |
| | | Jul 14 2026 00:57:00 | Salesforce, Inc., 415 Mission Street, 3rd Floor, San Francisco, CA 94105-2504 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12939803 | | Astrawatt Solar of Atlanta, 3350 Riverwood Pkwy SE, Ste 1967, RETURNED MAIL--99999 |
| 12939804 | | Aurora Solar, 434 Brannan Street, RETURNED MAIL--99999 |
| 12939826 | | Keith Gonzalez, 4273 S 1350 E, RETURNED MAIL--99999 |
| 12939831 | | Peak Permits, 1160 S State Street #200, RETURNED MAIL--99999 |
| 12939818 | ##+ | Final Mile Solar, 3739 West 2270 South, West Valley City, UT 84120-2303 |
| 12939827 | ##+ | Lifetime Solar LLC, 1509 Walnut St Suite 102, Kansas City, MO 64108-1466 |
| 12939837 | ##+ | RaSol Energy, 9026 Rolling Green Ave, Oklahoma City, OK 73132-2053 |

TOTAL: 4 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026          Signature:          /s/Gustava Winters