Jared Dennis Hunsaker, Esq. (No. 13449)
Attorney at Law
2836 W. Silverbrook Ct.
Lehi, Utah 84048
Telephone: (435) 214-6109
E-mail: jaredsaker@gmail.com

Attorney for Debtor G3 Solar, LLC

## THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

In re:

| | |
|---|---|
| **G3 SOLAR, LLC,** | Bankruptcy Case No. 26-23517 |
| Debtor. | (Chapter 7) |
| | Judge Michael F. Thomson |

## NOTICE OF HEARING ON DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE

PLEASE TAKE NOTICE that the Debtor, G3 Solar, LLC, has filed its Objection to the Trustee's Notice of Motion and Motion to Dismiss Chapter 7 Case Docket No. 7. A hearing on the Objection, and on the Trustee's Motion to Dismiss, will be held before the Honorable Michael F. Thomson, United States Bankruptcy Judge, at the following date, time, and place:

**Date:  September 9, 2026**

**Time:  11:00 a.m. (Mountain Time)**

**Place:  United States Bankruptcy Court, District of Utah**

**Frank E. Moss U.S. Courthouse, 350 South Main Street, Salt Lake City, Utah 84101**

**Courtroom Judge Thomson's Courtroom or video / telephonic appearance as applicable.**

This hearing is set on the Court's Law and Motion Calendar and is a non-evidentiary hearing for argument. The hearing time reserved is approximately five (5) minutes.

Any party wishing to appear at the hearing should consult the Court's posted procedures and Judge Thomson's chambers procedures for in-person and remote (video or telephonic) appearance instructions and should comply with any requirements for advance registration to appear remotely.

Copies of the Objection and supporting materials are on file with the Court and may be obtained through the Court's CM/ECF system or by request to the undersigned counsel.

DATED this 5th day of August, 2026.

/s Jared Hunsaker
Jared Dennis Hunsaker, Esq.
Attorney for Debtor G3 Solar, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2026, I caused a true and correct copy of the foregoing NOTICE OF HEARING to be served through the Court's CM/ECF electronic filing system upon all parties registered to receive such notice in this case, and by U.S. Mail and/or e-mail upon any party in interest not so registered, including the Chapter 7 Trustee, Mark C. Rose, and the Office of the United States Trustee.

/s Jared Hunsaker
Jared Dennis Hunsaker, Esq.