Jared Dennis Hunsaker, Esq. (Utah State Bar No. 13449)
2836 W. Silverbrook Ct.
Lehi, Utah 84048
Telephone: (435) 214-6109
E-mail: jaredsaker@gmail.com
Attorney for Debtor G3 Solar, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>**G3 SOLAR, LLC,**<br><br>Debtor. | Bankruptcy No. 26-23517<br>Chapter 7<br><br>Hon. Michael F. Thomson |

**AMENDED NOTICE OF DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE AND NOTICE OF HEARING**

(Objection Deadline: October 14, 2026)
(Hearing Date: October 21, 2026 at 11:00 a.m.)

PLEASE TAKE NOTICE that G3 Solar, LLC, the debtor in the above-captioned case (the "Debtor"), has filed with the United States Bankruptcy Court for the District of Utah its Debtor's Objection to Trustee's Motion to Dismiss Chapter 7 Case (the "Objection") [Docket No. 12], objecting to the Notice of Motion and Motion to Dismiss Chapter 7 Case [Docket No. 7] (the "Motion") filed by Mark C. Rose, the duly appointed Chapter 7 trustee in this case (the "Trustee").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

The Motion seeks dismissal of the Debtor's Chapter 7 case under 11 U.S.C. § 707(a) on the ground that the Debtor did not appear at the meeting of creditors held under 11 U.S.C. § 341 on July 13, 2026. By the Objection, the Debtor requests that the Court deny the Motion and direct that the § 341 meeting of creditors be rescheduled with notice stating both the date and the time of the meeting, on the ground that the notice of the § 341 meeting omitted the meeting time and the Debtor's non-appearance was therefore excused and does not constitute cause for dismissal. A

hearing will be held on the Motion and the Objection at the date and time set forth below. This Amended Notice supersedes the notice of hearing previously filed by the Debtor.

If you do not want the Court to grant the relief requested in the Objection, or if you wish to be heard on the Motion or the Objection, then you or your attorney must take the following two steps:

(1) On or before **October 14, 2026**, file with the Bankruptcy Court a written objection or response explaining your position. Your written objection or response must be filed electronically, by mail, or by hand-delivery at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection or response to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be received by the Court on or before the objection deadline stated above. You must also mail a copy to the undersigned counsel at: Jared Dennis Hunsaker, Esq., 2836 W. Silverbrook Ct., Lehi, Utah 84048.

(2) You must attend the hearing on the Motion and the Objection, which is set for **October 21, 2026 at 11:00 a.m. (Mountain Time)**, before the Honorable Michael F. Thomson, United States Bankruptcy Judge. The hearing will be conducted via Zoom video conference. Parties wishing to participate in the hearing should connect at least ten (10) minutes before the scheduled hearing time using the following connection information:

Zoom: Go to Zoom.us/join and enter the Meeting ID and Passcode below
**Meeting ID: 821 274 1929**
**Passcode: 0550154983**
Or by telephone: 1-385-363-4068 (enter the Meeting ID, then the Passcode)

Parties should consult the Court's website at www.utb.uscourts.gov for the most up-to-date information regarding participation in Zoom hearings. Parties appearing by Zoom must comply with the Court's Zoom protocols and the chambers procedures of Judge Thomson, including appearing with both video and audio capabilities and signing in ten (10) minutes prior to the hearing.

**Failure to attend the hearing will be deemed a waiver of your objection.** If you or your attorney do not take these two steps, the Bankruptcy Court may decide that you do not oppose the relief sought and may enter an order granting that relief. If no response or objection is timely filed on or before the objection deadline stated above, the hearing may be stricken and the Court may grant the relief requested in the Objection without a hearing.

DATED this 24th day of September, 2026.

/s/ Jared Dennis Hunsaker
Jared Dennis Hunsaker, Esq.
Attorney for Debtor G3 Solar, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2026, I caused a true and correct copy of the foregoing AMENDED NOTICE OF DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE AND NOTICE OF HEARING to be served as follows:

**By Electronic Service (CM/ECF):** Pursuant to Fed. R. Bankr. P. 9036 and the Court's Electronic Case Filing Protocols, notice of electronic filing was transmitted through the Court's CM/ECF system, which caused electronic service upon all parties registered to receive CM/ECF notice in this case, including the following:

Mark C. Rose
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
E-mail: mrose@rqn.com
Chapter 7 Trustee

United States Trustee
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, Utah 84111

**By U.S. Mail:** By depositing a true and correct copy thereof in the United States Mail, first-class postage prepaid, addressed to all creditors and parties in interest on the Court's official mailing matrix in this case who are not registered to receive CM/ECF notice, at the addresses stated on the mailing matrix, a copy of which is attached hereto as Exhibit A.

/s/ Jared Dennis Hunsaker
Jared Dennis Hunsaker, Esq.

# EXHIBIT A

Official Mailing Matrix

Label Matrix for local noticing
1088-2
Case 26-23517
District of Utah
Salt Lake City
Thu Sep 24 16:59:31 MDT 2026

(p)AMERICAN ELECTRIC POWER
ATTN JASON E REID
1 RIVERSIDE PLAZA 13TH FLOOR
COLUMBUS OH 43215-2373

AG Roofing LLC
1708 Calle de Loma
Emporia, KS 66801-5820

Above Standard Electric LLC
1081 18th Street
Otsego, MI 49078-9791

Above and Beyond Home Improvements LLC
8705 Sleepy Creek Drive
Raleigh, NC 27613-1321

Absolute Janitorial Services
1296 W 635 S
Orem, UT 84058-4975

Aeroseal LLC
225 Byers Rd
Miamisburg, OH 45342-3614

All Premium Contractors, Inc.
22647 Ventura Blvd Suite 426
Woodland Hills, CA 91364-1416

Alpha and Omega Energy
4350 Arville Street #400
Las Vegas, NV 89103-3809

Amber Investments LLC
c/o TOK Commercial
250 S 5th Street, 2nd Floor
Boise, ID 83702-7713

Armour Insulation LLC
241 Mine Rd
Oley, PA 19547-8968

Arrow Roofing Services, LLC
210 W Front St, Unit 1175
Monroe, MI 48161-7764

BTJD LLC
3165 E Millrock Dr Ste 500
Salt Lake City, UT 84121-4704

Bodhi
2400 Homedale Cir,
Austin, TX 78704-3835

Brenda Sanlistevan-Fenton
625 Blueridge Dr,
Tooele, UT 84074-1908

CSC ServiceWorks, Inc.
35 Pinelawn Road, Suite 120
Melville, NY 11747-3158

Caleb Patterson
2598 State Highway 1933
Jackson, KY 41339

Century Roofing
6 South 59 Street Lane
Kansas City, KS 66102-3340

Ecovole
1477 Main St Unit 2505
Kansas City, MO 64105-3634

Eden Vera
4810 Whisper Wood Dr,
Lehi, UT 84048-6576

Elysium Solar Energy Company
192 Railroad St
McDonald, PA 15057-1447

Energy Bill Cruncher
8383 Wilshire Blvd,
Suite 540,
Beverly Hills, CA 90211-2403

Ensite Services LLC
3308 Tiverton Ct Ste 200
Arlington, TX 76001-6521

Final Mile Solar
3739 West 2270 South
West Valley City, UT 84120-2303

G3 Solar, LLC
8651 S. 1150 E.
Spanish Fork, UT 84660-9776

GR Bacher LLC
1542 N Sunset Dr
Spanish Fork, UT 84660-1365

Greentech Renewables
9190 Activity Road, Suite 2A
San Diego, CA 92126-4423

Huff's Tree Service, LLC
2909 W 41st St N
Wichita, KS 67204-3020

Jared Dennis Hunsaker
2836 W Silverbrook Ct.
Lehi, UT 84048-4016

Hunter's Lawn Care and Tree Service
4725 Arrowhead Drive
St Joseph, MO 64506-2504

Indeed, Inc.
200 West 6th Street
Austin, TX 78701-3161

Jacob and Ashley Graff
214 S Elm St
Concordia MO 64020-6403

John Ollen
1840 Oakland Ave
Kansas City, KS 66102-2656

Lifetime Solar LLC
1509 Walnut St Suite 102
Kansas City, MO 64108-1466

Naves Law PC
4516 N Summer View Dr
Lehi, UT 84048-6873

Nelson Hall Parry Tucker, PLLC
490 Memorial Drive
Idaho Falls, ID 83402-3600

PV Project Services LLC
2965 S Hwy 89
Wellsville, UT 84339-9778

Paladin Risk Management LLC
275 E Hillcrest Drive #215
Thousand Oaks, CA 91360-8246

Peak Premium
660 Newport Center Drive, Suite 1050
Newport Beach, CA 92660-6411

Permit Flow
2261 Market Street
Ste 10301
San Francisco, CA 94114-1612

Power Up Renewable Energy
6330 Proprietors Rd Ste F
Worthington, OH 43085-3296

Prodigy Promos
122 S 1380 W
Lindon, UT 84042-1613

RaSol Energy
9026 Rolling Green Ave
Oklahoma City, OK 73132-2053

Reflection Energy
219 E Sandhill Rd
Derby, KS 67037-3835

Rocky Mountain Power
1407 West North Temple
Salt Lake City, UT 84116-3193

Roofix
4025 Woodland Park Blvd.
Suite 280
Arlington, TX 76013-8056

(p)MARK C ROSE
RAY QUINNEY & NEBEKER P C
KEY BANK TOWER
36 S STATE ST STE 1400
SALT LAKE CITY UT 84111-1451

SalesRabbit, Inc.
2000 West Ashton Boulevard, Suite 450
Lehi, UT 84048-8013

Salesforce, Inc.
415 Mission Street, 3rd Floor
San Francisco, CA 94105-2504

Sealed Home Efficiency LLC
2167 E Fieldstone Dr,
St. George, UT 84790-4233

Shutternice LLC
660 North 360 East
American Fork, UT 84003-1824

Solar Insure, Inc.
555 Anton Blvd, Suite 150
Costa Mesa, CA 92626-7036

SolutionCX
412 W Rivers Edge Dr
Provo, UT 84604-1538

State of Utah Office of
State Debt Collections
Jonathan K. Jensen
PO Box 141001
Salt Lake City UT 84114-1001

Sundance Mountain Resort
8841 North Alpine Loop Road
Sundance, UT 84604-5538

TEC Solar, PLLC
8470 W Magna Main St Unit 311
Magna, UT 84044-6414

Touchstone Communications
9800 Hillwood Parkway
Suite 140
Fort Worth, TX 76177-1532

USA Insulation of Cleveland
31920 Vine St
Willowick, OH 44095-3569

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AEP - American Electric Power
1 Riverside Plaza
Columbus, OH 43215

Mark C. Rose tr
36 South State Street
Suite 1400
Salt Lake City, UT 84111

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Astrawatt Solar of Atlanta
3350 Riverwood Pkwy SE
Ste 1967
RETURNED MAIL--99999

(u)Aurora Solar
434 Brannan Street
RETURNED MAIL--99999

(u)Avid Life
2787 E Cliff Shadow Dr
RETURNED MAIL--99999

(u)Callpilot LLC
3401 N Thanksgiving Way,
RETURNED MAIL--99999

(u)Jose Davila III
2105 Alexandria Drive
RETURNED MAIL--99999

(u)Keith Gonzalez
4273 S 1350 E
RETURNED MAIL--99999

(u)Peak Permits
1160 S State Street #200
RETURNED MAIL--99999

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 58 |
| Bypassed recipients | 7 |
| Total | 65 |