UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re: G3 Solar, LLC | Case No. 26-23517 |
| | Chapter 7 |
| Debtor(s). | Trustee: Mark C. Rose |

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate:

1. PETITION-REOPENING: Yes or No CONVERSION (13 to 7): Yes or No
   **When changing debtor's address, please file a separate change of address form.**
   **When amending schedules, please circle or underline the changes/additions.**

2. SCHEDULES: A/B___ C___ D___ E/F X G___ H___ I___ J___
   Are you changing the address, amounts, etc., or adding a creditor?
   **Changing___ Adding X ($34 amendment fee required for D, E/F; OR ___ IFP Waiver)**

3. AMENDED AMOUNTS/TOTAL OF SCHEDULES: X
4. STATEMENT OF AFFAIRS: X
5. AMENDED CHAPTER 13 PLAN: ____

If you have amended schedules D, E/F by adding a creditor or modifying the schedule, you owe $34.00 amendment fee.
**If adding a listed creditor's attorney, no fee is necessary.**

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

**I declare under penalty of perjury that the information provided in this attached amendment is true and correct.**

**Debtor** **Date** **Debtor** **Date**

U.S. Trustee's Office and Trustee in the case have received notice of electronic filing of amendment(s)? Yes X No__

/s/ Jared Dennis Hunsaker
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

X 341 Notice to creditors added by this amendment.
___ Discharge Notice to creditors added by this amendment.
___ Amended Chapter 13 Plan to all creditors.

October 27, 2026
DATED

/s/ Jared Dennis Hunsaker
ATTORNEY FOR DEBTOR(S)

**Fill in this information to identify the case:**

Debtor name: G3 Solar, LLC
United States Bankruptcy Court for the: DISTRICT OF UTAH
Case number: 26-23517 (Chapter 7)

☒ **Check if this is an amended filing**

# AMENDED SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS (Official Form 206E/F)

This Amended Schedule E/F is filed pursuant to Fed. R. Bankr. P. 1009(a) to add the creditors identified below. All creditors previously scheduled on the Debtor's Schedule E/F remain as originally scheduled; this amendment supplements, and does not replace, the Debtor's existing Schedule E/F.

## Part 1: Priority Unsecured Claims — Added Creditor

| Priority creditor's name and mailing address | Total claim / Priority amount |
|---|---|
| Jesse Kirby<br>4807 W Anise St<br>Riverton, UT 84096<br><br>Date(s) debt was incurred: January 19 – 29, 2026<br><br>Basis for the claim: Unpaid wages — Utah Labor Commission, Anti-Discrimination and Labor Division, Wage Claim No. 26-00992; Default Order to Pay entered May 28, 2026<br><br>Specify the priority: ☒ Wages, salaries, and commissions — 11 U.S.C. § 507(a)(4) (earned within 180 days before the petition)<br><br>Is the claim subject to offset? ☐ Yes ☒ No<br><br>As of the petition filing date, the claim is:<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>(Liquidated by final agency order) | **Total claim: $3,077.12 (wages)**<br>**Priority amount: $3,077.12**<br><br>(Mr. Kirby's $1,538.56 share of the statutory penalty under Utah Code § 34-28-9(2) is scheduled as a nonpriority unsecured claim in Part 2) |

## Part 2: Nonpriority Unsecured Claims — Added Creditors

| Nonpriority creditor's name and mailing address | Amount of claim |
|---|---|
| Office of the Attorney General of Kansas<br>Attn: Nicholas Smith, Assistant Attorney General<br>Consumer Protection Division<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597<br><br>Date(s) debt was incurred: March 2020 – 2025 (alleged) | **Unknown — unliquidated**<br><br>(The petition seeks civil penalties under K.S.A. § 50-636(a), enhanced penalties under K.S.A. § 50-677, restitution, rescission, disgorgement, fees, and injunctive relief; no amount has been |

| | |
|---|---|
| Basis for the claim: Civil penalties, restitution, disgorgement, fees, and costs sought in State of Kansas, ex rel. Kris W. Kobach, Attorney General v. G3 Solar, LLC, et al., District Court of Shawnee County, Kansas, Case No. SN-2026-CV-000874, alleging violations of the Kansas Consumer Protection Act<br><br>Is the claim subject to offset? ☐ Yes ☒ No<br><br>As of the petition filing date, the claim is:<br>☒ Contingent ☒ Unliquidated ☒ Disputed | liquidated) |
| Office of the Attorney General of Kentucky<br>Office of Consumer Protection<br>1024 Capital Center Drive<br>Frankfort, KY 40601<br><br>Date(s) debt was incurred: Prepetition conduct alleged in complaint filed May 26, 2026<br><br>Basis for the claim: Civil penalties, restitution, and injunctive relief sought in Commonwealth of Kentucky, ex rel. Russell Coleman, Attorney General v. G3 Solar LLC, Franklin Circuit Court, 48th Judicial Circuit, Case No. 26-CI-00566, alleging violations of the Kentucky Consumer Protection Act, KRS 367.110–367.300<br><br>Is the claim subject to offset? ☐ Yes ☒ No<br><br>As of the petition filing date, the claim is:<br>☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown — unliquidated**<br><br>(The complaint seeks civil penalties under KRS 367.990(2) of up to $2,000 per willful violation and up to $10,000 per violation directed at persons aged 60 or older, plus restitution and injunctive relief; no amount has been liquidated) |
| Utah Labor Commission<br>Anti-Discrimination and Labor Division, Wage Claim Unit<br>160 East 300 South, 3rd Floor, P.O. Box 146630<br>Salt Lake City, UT 84114-6630<br><br>Date(s) debt was incurred: May 28, 2026 (Default Order to Pay, Wage Claim No. 26-00992)<br><br>Basis for the claim: Statutory penalties under Utah Code § 34-28-9(2) payable to the Utah Labor Commission — $1,538.56 (Wage Claim No. 26-00992, Default Order to Pay entered May 28, 2026, claimant Jesse Kirby) and $3,596.15 (Wage Claim No. 26-00756, Default Order to Pay entered May 7, 2026, claimant Jake Harken) — plus contingent enforcement attorney's fees of $2,051.41 and $4,794.87, respectively, plus costs, under Utah Code § 34-28-9 and Utah Admin. Code R610-3-10 if enforcement is necessary<br><br>Is the claim subject to offset? ☐ Yes ☒ No<br><br>As of the petition filing date, the claim is: | **$5,134.71 penalties**<br>**+ up to $6,846.28 contingent enforcement fees** |

| | |
|---|---|
| ☐ Contingent (penalties) / ☒ Contingent (fees) ☐ Unliquidated ☐ Disputed | |
| Jesse Kirby (nonpriority portion)<br>4807 W Anise St<br>Riverton, UT 84096<br><br>Basis for the claim: Claimant's $1,538.56 share of the statutory penalty under Utah Code § 34-28-9(2), per Default Order to Pay, Wage Claim No. 26-00992 (wages scheduled as priority in Part 1) | **$1,538.56** |
| Jake Harken<br>2377 N 1200 W, Apt D406<br>Lehi, UT 84043<br><br>Date(s) debt was incurred: Wages for work performed May 16 – June 16, 2025; Default Order to Pay entered May 7, 2026 (Utah Labor Commission Wage Claim No. 26-00756)<br><br>Basis for the claim: Unpaid wages of $7,192.30 plus claimant's $3,596.15 share of the statutory penalty under Utah Code § 34-28-9(2)<br><br>Is the claim subject to offset? ☐ Yes ☒ No<br><br>As of the petition filing date, the claim is:<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>(Liquidated by final agency order. Scheduled as nonpriority because the wages were earned more than 180 days before the petition date; priority under 11 U.S.C. § 507(a)(4) is measured from the earlier of the petition date and the date the debtor ceased business — counsel to verify the cessation date and re-designate if the claim qualifies) | **$10,788.45**<br><br>($7,192.30 wages + $3,596.15 penalty share) |
| Red Farms, LLC<br>c/o Davis & Jones, LLC, Attn: Sabrina Catron<br>3120 Sabre Dr., Suite 280<br>Southlake, TX 76092<br><br>Date(s) debt was incurred: August 8, 2022 lease (Mountain View Business Center, 800 S. Industry Way, Suite 340, Meridian, Idaho); default noticed November 4, 2024; tenant move-out October 31, 2024<br><br>Basis for the claim: Unpaid Minimum Rent, Additional Rent, late fees, and other monetary obligations under commercial lease; claim held jointly with co-landlord Amber Investments, LLC (previously scheduled, c/o TOK Commercial); referred for collection to Davis & Jones, LLC (File No. 122951)<br><br>Is the claim subject to offset? ☐ Yes ☒ No | **$35,748.02**<br><br>(balance stated by Landlord's collection agent as of February 3, 2025, plus any amounts accrued thereafter) |

| | |
|---|---|
| As of the petition filing date, the claim is:<br>☐ Contingent ☐ Unliquidated ☐ Disputed | |
| G1 Holdings, LLC<br>c/o Anthony Longo<br>12532 W. Suffolk Court<br>Boise, ID 83709<br><br>Date(s) debt was incurred: August 1, 2023 Sublease Agreement (Suite 340, Mountain View Business Center); sublease expired July 31, 2025<br><br>Basis for the claim: Subtenant's security deposit of $2,500.00 held by the Debtor as sublandlord, and any other claims arising under the Sublease Agreement (counsel to verify whether the deposit was returned or applied prepetition)<br><br>Is the claim subject to offset? ☒ Yes ☐ No<br><br>As of the petition filing date, the claim is:<br>☒ Contingent ☒ Unliquidated ☐ Disputed | **$2,500.00 (contingent)** |
| Nevada State Contractors Board<br>8400 West Sunset Road, Suite 150<br>Las Vegas, NV 89113<br><br>Date(s) debt was incurred: Administrative Citation C-2504-4780 issued April 1, 2025; Decision and Order Affirming Administrative Citation entered January 12, 2026 (Investigative Case No. 30067613; License No. 85902)<br><br>Basis for the claim: Administrative fines under NRS 624.3017(1) ($2,500.00), NRS 624.301(2) ($2,500.00), and NRS 624.3011(1)(b)(1) ($2,500.00), plus investigative costs of $1,000.00 under NRS 624.341(2)(c)<br><br>Is the claim subject to offset? ☐ Yes ☒ No<br><br>As of the petition filing date, the claim is:<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>(Liquidated by final agency order) | **$8,500.00** |
| American Express National Bank<br>P.O. Box 30384<br>Salt Lake City, UT 84130<br><br>Date(s) debt was incurred: Business credit card account (G/L Acct. 22000)<br><br>Basis for the claim: Credit card debt; balance per Debtor's balance sheet as of May 19, 2026<br><br>Is the claim subject to offset? ☐ Yes ☒ No | **$244,595.74**<br><br>(per Debtor's books as of May 19, 2026; confirm against final statement) |

| | |
|---|---|
| As of the petition filing date, the claim is:<br>☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Guru Digital<br>No known mailing address — none appears in the Debtor's records; service to be supplemented<br><br>Basis for the claim: Trade debt; balance per Debtor's A/P Aging Summary as of May 19, 2026<br><br>As of the petition filing date, the claim is:<br>☐ Contingent ☐ Unliquidated ☐ Disputed | **$15,000.00** |
| Fatima Grace Igot<br>No known mailing address — none appears in the Debtor's records; service to be supplemented<br><br>Basis for the claim: Trade debt; balance per Debtor's A/P Aging Summary as of May 19, 2026<br><br>As of the petition filing date, the claim is:<br>☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,000.00** |
| Jann Siwa and Dean Langworthy<br>613 W. Gramercy Ave.<br>Toledo, OH 43612<br><br>Date(s) debt was incurred: Prepetition conduct alleged in complaint filed July 16, 2026<br><br>Basis for the claim: Claims asserted in Jann Siwa and Dean Langworthy v. G3 Solar LLC Utah d/b/a G3 Solar, Solar Mosaic LLC d/b/a Mosaic, and TEC Solar, PLLC, Lucas County Court of Common Pleas, Ohio, Case No. CI2026-02968 — breach of express warranty and Ohio Consumer Sales Practices Act claims (R.C. 1345.01 et seq.) arising from a solar purchase and installation, seeking compensatory, incidental, consequential, and special damages in excess of $25,000 jointly and severally, statutory and noneconomic damages, attorney fees under R.C. 1345.09(F)(2), declaratory relief, and, alternatively, rescission and restitution<br><br>Is the claim subject to offset? ☐ Yes ☒ No<br><br>As of the petition filing date, the claim is:<br>☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown — unliquidated**<br><br>(The complaint demands damages in excess of $25,000, jointly and severally with co-defendants, plus statutory damages, attorney fees, and interest; alternatively, rescission and restitution; jury demanded) |

## Part 3: Others to Be Notified About Unsecured Claims — Added Notice Party

| Name and mailing address | Related creditor (Part 2 line) |
|---|---|
| Nicholas Smith, Assistant Attorney General | Office of the Attorney General of |

| | |
|---|---|
| Office of the Attorney General of Kansas<br>120 SW 10th Avenue<br>Topeka, KS 66612<br><br>Counsel of record for the State of Kansas in Case No. SN-2026-CV-000874 | Kansas (added by this amendment) |
| Lyndsey M. Antos and Paul M. Fata<br>Assistant Attorneys General<br>Office of Consumer Protection, Office of the Attorney General<br>1024 Capital Center Drive<br>Frankfort, KY 40601<br><br>Counsel of record for the Commonwealth of Kentucky in Case No. 26-CI-00566 | Office of the Attorney General of Kentucky (added by this amendment) |
| Davis & Jones, LLC, Attn: Sabrina Catron<br>3120 Sabre Dr., Suite 280<br>Southlake, TX 76092<br><br>Collection agent for Red Farms, LLC (File No. 122951) | Red Farms, LLC (added by this amendment) |
| Taylor R. Ward and Emily A. Wilhelm<br>Ward & Associates, LLC<br>3361 Executive Parkway, Suite 302<br>Toledo, OH 43606<br><br>Counsel of record for plaintiffs in Case No. CI2026-02968 | Jann Siwa and Dean Langworthy (added by this amendment) |

## Part 4: Total Amounts — As Amended

Total of Part 1 (priority unsecured claims), as amended: previously scheduled amount + $3,077.12 (Jesse Kirby, wages). Total of Part 2 (nonpriority unsecured claims), as amended: previously scheduled amount + $325,305.48 in liquidated added claims (Jesse Kirby penalty portion $1,538.56; Jake Harken $10,788.45; Utah Labor Commission penalties $5,134.71; Red Farms, LLC $35,748.02; Nevada State Contractors Board $8,500.00; American Express National Bank $244,595.74; Guru Digital $15,000.00; Fatima Grace Igot $4,000.00) + $2,500.00 contingent (G1 Holdings, LLC) + up to $6,846.28 in contingent enforcement fees (Utah Labor Commission) + Unknown (Office of the Attorney General of Kansas; Office of the Attorney General of Kentucky; Jann Siwa and Dean Langworthy). Because three added claims are unliquidated, the total nonpriority unsecured claim amount is stated as: previously scheduled total + $325,305.48 + Unknown.

**Fill in this information to identify the case:**

Debtor name: G3 Solar, LLC
United States Bankruptcy Court for the: DISTRICT OF UTAH
Case number: 26-23517 (Chapter 7)

☒ **Check if this is an amended filing**

## AMENDED STATEMENT OF FINANCIAL AFFAIRS FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY (Official Form 207) — PART 3, QUESTION 7: LEGAL ACTIONS

This Amended Statement of Financial Affairs is filed pursuant to Fed. R. Bankr. P. 1009(a) to supplement the Debtor's response to Part 3, Question 7 (legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits) with the following disclosures, to the extent not previously disclosed. All other responses in the Debtor's Statement of Financial Affairs remain as originally filed.

| Case title and case number | Nature of case | Court and status |
|---|---|---|
| State of Kansas, ex rel. Kris W. Kobach, Attorney General v. G3 Solar, LLC, et al.<br><br>Case No. SN-2026-CV-000874 | Civil enforcement action under the Kansas Consumer Protection Act seeking civil penalties, enhanced penalties, restitution, rescission, disgorgement, injunctive relief, fees, and costs. Commenced after the petition date; alleged conduct spans March 2020 – 2025. | District Court of Shawnee County, Kansas<br><br>Status: ☒ Pending<br>☐ On appeal ☐ Concluded |
| Commonwealth of Kentucky, ex rel. Russell Coleman, Attorney General v. G3 Solar LLC<br><br>Case No. 26-CI-00566 | Civil enforcement action under the Kentucky Consumer Protection Act, KRS 367.110–367.300, seeking civil penalties, restitution, and injunctive relief. Complaint filed May 26, 2026 (prepetition). | Franklin Circuit Court, 48th Judicial Circuit, Commonwealth of Kentucky (Hon. Thomas Dawson Wingate)<br><br>Status: ☒ Pending<br>☐ On appeal ☐ Concluded |
| Final Mile Solar, LLC v. G3 Solar, LLC<br><br>Civil No. 260901902 (Tier 3) | Civil action for money damages. Summons issued March 12, 2026; Debtor's answer stricken and default entered; Default Certificate entered May 7, 2026 (prepetition). Plaintiff's counsel: Parr Brown Gee & Loveless, P.C. (Steven R. Glauser, Daniel S. Sorenson). | Third Judicial District Court, Salt Lake County, Utah (Hon. Kristine Johnson)<br><br>Status: ☒ Pending<br>☐ On appeal ☐ Concluded |
| Jesse Kirby v. G3 Solar LLC and Tyrell Gray<br><br>Wage Claim No. 26-00992 | Administrative wage claim under Utah Code § 34-28-9. Default Order to Pay entered May 28, 2026: wages $3,077.12 and penalty $3,077.12. | Utah Labor Commission, Anti-Discrimination and Labor Division, Wage Claim Unit<br><br>Status: ☐ Pending |

| | | |
|---|---|---|
| | | ☐ On appeal ☒ Concluded (final agency order) |
| Jake Harken v. G3 Solar LLC and Tyrell Gray<br><br>Wage Claim No. 26-00756 | Administrative wage claim under Utah Code § 34-28-9. Default Order to Pay entered May 7, 2026: wages $7,192.30 and penalty $7,192.30. | Utah Labor Commission, Anti-Discrimination and Labor Division, Wage Claim Unit<br><br>Status: ☐ Pending ☐ On appeal ☒ Concluded (final agency order) |
| In the Matter of G3 Solar, LLC; Ackley, Jeremy; Gray, Tyrell Cody; Gonzalez, Keith Luis-Rey<br><br>Investigative Case No. 30067613; Citation C-2504-4780; License No. 85902 | Contractor disciplinary proceeding under NRS Chapter 624. Decision and Order Affirming Administrative Citation entered January 12, 2026 (on default): administrative fines and investigative costs of $8,500.00. | Nevada State Contractors Board (ALJ Richard F. Scotti)<br><br>Status: ☐ Pending ☐ On appeal ☒ Concluded (final agency order) |
| Jann Siwa and Dean Langworthy v. G3 Solar LLC Utah d/b/a G3 Solar, Solar Mosaic LLC d/b/a Mosaic, and TEC Solar, PLLC<br><br>Case No. CI2026-02968 | Civil action by consumer purchasers asserting breach of express warranty and Ohio Consumer Sales Practices Act claims (R.C. 1345.01 et seq.) arising from prepetition conduct; damages in excess of $25,000 demanded jointly and severally, with statutory damages, fees, declaratory relief, and alternative rescission; jury demanded. Complaint filed July 16, 2026 (after the petition date). The Debtor reserves all rights and protections under 11 U.S.C. § 362(a). | Court of Common Pleas, Lucas County, Ohio (Hon. Gary G. Cook)<br><br>Status: ☒ Pending ☐ On appeal ☐ Concluded |

The Debtor discloses this post-petition action in the interest of complete disclosure to the Court, the Chapter 7 trustee, and parties in interest, and reserves all rights and defenses with respect to it, including all protections of 11 U.S.C. § 362(a).

**Fill in this information to identify the case:**

Debtor name: G3 Solar, LLC
United States Bankruptcy Court for the: DISTRICT OF UTAH
Case number: 26-23517 (Chapter 7)

**Check if this is an amended filing**

# DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS (Official Form 202)

*An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.*

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

Amended Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
Amended Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 27 Oct, 2026

Tyrell Gray
Signature of individual signing on behalf of debtor

Tyrell Gray
Printed name

Authorized Representative of G3 Solar, LLC
Position or relationship to debtor

Jared Dennis Hunsaker, Esq. (Utah State Bar No. 13449)
2836 W. Silverbrook Ct.
Lehi, Utah 84048
Telephone: (435) 214-6109
E-mail: jaredsaker@gmail.com
Attorney for Debtor G3 Solar, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

In re: G3 SOLAR, LLC, Debtor. Bankruptcy No. 26-23517 (Chapter 7) Hon. Michael F. Thomson

**CERTIFICATE OF SERVICE — AMENDED SCHEDULE E/F, AMENDED STATEMENT OF FINANCIAL AFFAIRS, AND NOTICE OF BANKRUPTCY CASE**

I hereby certify that on the 27th day of October, 2026, I caused true and correct copies of the following documents to be served as set forth below:

1. Amendment Declaration Coversheet and Amended Schedule E/F (Official Form 206E/F);
2. Amended Statement of Financial Affairs (Official Form 207), Part 3, Question 7;
3. Amended Matrix Cover Sheet and amended mailing matrix; and
4. Notice of Bankruptcy Case (Notice of Chapter 7 Bankruptcy Case / § 341 meeting notice, including the date and time of any rescheduled or continued § 341 meeting) and, if applicable, notice of the deadline to file a proof of claim.

**By Electronic Service (CM/ECF):** upon all parties registered to receive CM/ECF notice in this case, including Mark C. Rose, Chapter 7 Trustee, and the Office of the United States Trustee.

**By U.S. Mail, first-class postage prepaid:** upon each creditor and notice party added by this amendment, at the following addresses:

Office of the Attorney General of Kansas, Consumer Protection Division, 120 SW 10th Avenue, 2nd Floor, Topeka, KS 66612-1597
Nicholas Smith, Assistant Attorney General, Office of the Kansas Attorney General, 120 SW 10th Avenue, Topeka, KS 66612
Office of the Attorney General of Kentucky, Office of Consumer Protection, 1024 Capital Center Drive, Frankfort, KY 40601
Lyndsey M. Antos and Paul M. Fata, Assistant Attorneys General, 1024 Capital Center Drive, Frankfort, KY 40601
Jesse Kirby, 4807 W Anise St, Riverton, UT 84096
Jake Harken, 2377 N 1200 W, Apt D406, Lehi, UT 84043
Utah Labor Commission, Wage Claim Unit, 160 East 300 South, 3rd Floor, P.O. Box 146630, Salt Lake City, UT 84114-6630
Red Farms, LLC, c/o Davis & Jones, LLC, 3120 Sabre Dr., Suite 280, Southlake, TX 76092
G1 Holdings, LLC, c/o Anthony Longo, 12532 W. Suffolk Court, Boise, ID 83709
Nevada State Contractors Board, 8400 West Sunset Road, Suite 150, Las Vegas, NV 89113
American Express National Bank, P.O. Box 30384, Salt Lake City, UT 84130
Jann Siwa and Dean Langworthy, 613 W. Gramercy Ave., Toledo, OH 43612
Taylor R. Ward and Emily A. Wilhelm, Ward & Associates, LLC, 3361 Executive Parkway, Suite 302, Toledo, OH 43606

No mailing address for added creditors Guru Digital or Fatima Grace Igot appears in the Debtor’s records, and none could be located; the Debtor will supplement service upon the undersigned locating a mailing address for either creditor.

and upon the following creditors whose matrix addresses are corrected by this amendment (each of whom was previously bypassed for noticing due to an incomplete address):

Jose Davila III, 2105 Alexandria Drive, Lexington, KY 40504
Keith Gonzalez, 4273 S 1350 E, Salt Lake City, UT 84124
Peak Permits, 1160 S State Street, Suite 200, Orem, UT 84097
Aurora Solar Inc., 153 Kearny Street, Floor 5, San Francisco, CA 94108
Astrawatt Solar of Atlanta, 3350 Riverwood Pkwy SE, Ste 1967, Atlanta, GA 30339
Callpilot, 1064 S North County Blvd, Suite 260, Pleasant Grove, UT 84062
Avid Life, 2167 E. Fieldstone Dr., St. George, UT 84790

/s/ Jared Dennis Hunsaker
Jared Dennis Hunsaker, Esq.
Attorney for Debtor G3 Solar, LLC