UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: G3 Solar, LLC

Debtor(s).

Case No. 26-23517
Chapter 7

Trustee: Mark C. Rose

AMENDED MATRIX
**$34 Fee Required**
**IFP Waiver**

**File amended matrix with ONLY the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7)** Yes or No

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added.** A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:** X __Adding X __Correcting __Deleting
Please type the creditors' address(es) changes/additions below:

1) See attached scannable list (adding and correcting

2)

3)

4)

5)

6)

7)

8)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate line(s):

X 341 Notice ☐ Discharge Notice ☐ Plan/Amended Plan

October 27, 2026
DATE

/s/ Jared Dennis Hunsaker
ATTORNEY FOR DEBTOR(S)

Rev. 12/23

# ADDED CREDITORS — SCANNABLE LIST FOR AMENDED MATRIX COVER SHEET

Fourteen parties are being added by scannable list (two further added creditors, Guru Digital and Fatima Grace Igot, have no known mailing address — see the certificate of service), which exceeds the eight numbered spaces on the Court's Amended Matrix Cover Sheet (Local Form, Rev. 12/23). Check "Adding" on the cover sheet and attach this page as the separate scannable list the form instructions require. Format complies with the Court's matrix requirements (Courier font; maximum four lines per creditor; city, state, ZIP on the last line):

```
Office of the Attorney General of Kansas
Consumer Protection Division
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

Nicholas Smith, Asst. Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue
Topeka, KS 66612

Office of the Attorney General of Kentucky
Office of Consumer Protection
1024 Capital Center Drive
Frankfort, KY 40601

Lyndsey M. Antos, Asst. Attorney General
Office of Consumer Protection
1024 Capital Center Drive
Frankfort, KY 40601

Paul M. Fata, Asst. Attorney General
Office of Consumer Protection
1024 Capital Center Drive
Frankfort, KY 40601

Jesse Kirby
4807 W Anise St
Riverton, UT 84096

Jake Harken
2377 N 1200 W Apt D406
Lehi, UT 84043

Utah Labor Commission, Wage Claim Unit
160 East 300 South, 3rd Floor
P.O. Box 146630
Salt Lake City, UT 84114-6630

Red Farms LLC
c/o Davis & Jones LLC
3120 Sabre Dr., Suite 280
Southlake, TX 76092
```

G1 Holdings LLC
c/o Anthony Longo
12532 W. Suffolk Court
Boise, ID 83709

Nevada State Contractors Board
8400 West Sunset Road, Suite 150
Las Vegas, NV 89113

American Express National Bank
P.O. Box 30384
Salt Lake City, UT 84130

Jann Siwa and Dean Langworthy
613 W. Gramercy Ave.
Toledo, OH 43612

Ward & Associates, LLC
Attn: Taylor R. Ward
3361 Executive Parkway, Suite 302
Toledo, OH 43606

**CORRECTING — the following creditors appear on the Court's mailing matrix but were bypassed for noticing due to incomplete addresses (per the Bankruptcy Noticing Center); check "Correcting" on the cover sheet and correct their addresses as follows (source: Debtor's vendor records):**

Jose Davila III
2105 Alexandria Drive
Lexington, KY 40504

Keith Gonzalez
4273 S 1350 E
Salt Lake City, UT 84124

Peak Permits
1160 S State Street, Suite 200
Orem, UT 84097

Aurora Solar Inc.
153 Kearny Street, Floor 5
San Francisco, CA 94108

Astrawatt Solar of Atlanta
3350 Riverwood Pkwy SE, Ste 1967
Atlanta, GA 30339

Callpilot
1064 S North County Blvd, Suite 260
Pleasant Grove, UT 84062

Avid Life
2167 E. Fieldstone Dr.
St. George, UT 84790

*Notes: Amber Investments, LLC (co-landlord with Red Farms, LLC) and Final Mile Solar, LLC are already on the Court's mailing matrix and are not re-added. No additional fee applies to adding the attorney for a listed creditor or to address corrections; the single $34 amendment fee applies to the Schedule E/F amendment.*