**This order is SIGNED.**

**Dated: October 28, 2026**

**MICHAEL F. THOMSON**
**U.S. Bankruptcy Judge**

*ms*

Jared Dennis Hunsaker, Esq. (Utah State Bar No. 13449)
2836 W. Silverbrook Ct.
Lehi, Utah 84048
Telephone: (435) 214-6109
E-mail: jaredsaker@gmail.com
Attorney for Debtor G3 Solar, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>**G3 SOLAR, LLC,**<br><br>Debtor. | Bankruptcy No. 26-23517<br>Chapter 7<br><br>Hon. Michael F. Thomson |

**ORDER SUSTAINING DEBTOR'S OBJECTION AND DENYING TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE**

This matter came before the Court on October 21, 2026, at 11:00 a.m., on the Chapter 7 Trustee's Notice of Motion and Motion to Dismiss Chapter 7 Case [Docket No. 7] (the "Motion") and the Debtor's Objection to Trustee's Motion to Dismiss Chapter 7 Case [Docket No. 9] (the "Objection"). Jared Dennis Hunsaker appeared on behalf of the Debtor, G3 Solar, LLC, and Mark C. Rose appeared as the Chapter 7 Trustee. The Court, after reviewing the Motion, the Objection, and the record in this case and listening to the statements of counsel and of the Trustee, made certain findings of fact and conclusions of law on the record, which are incorporated herein by this reference. Accordingly, **IT IS HEREBY ORDERED that:**

1. The Debtor's Objection [Docket No. 9] is SUSTAINED.
2. The Trustee's Motion to Dismiss Chapter 7 Case [Docket No. 7] is DENIED.
3. The Clerk of the Court shall schedule a new meeting of creditors under 11 U.S.C. § 341(a), and notice of the rescheduled meeting, stating both the date and the time of the meeting, shall be given to all creditors and parties in interest.

4. The deadline to file a complaint objecting to the Debtor's discharge or to object to discharge under Fed. R. Bankr. P. 4004(a) and 4007(c) is extended to sixty (60) days from the rescheduled § 341(a) meeting of creditors.
5. The deadline to file objections to exemptions under Fed. R. Bankr. P. 4003(b) is extended to thirty (30) days from the rescheduled § 341(a) meeting of creditors.

**### END OF ORDER ###**

**DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER**

(Local Rule 9021-1(c))

Service of the foregoing ORDER SUSTAINING DEBTOR'S OBJECTION AND DENYING TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE shall be made on the parties designated below:

**By Electronic Service (CM/ECF):**

Jared Dennis Hunsaker, Esq., Attorney for Debtor G3 Solar, LLC — jaredsaker@gmail.com
Mark C. Rose, Chapter 7 Trustee, Ray Quinney & Nebeker P.C. — mrose@rqn.com
United States Trustee — via CM/ECF

**By U.S. Mail:**

G3 Solar, LLC, Attn: Tyrell Gray, Authorized Representative, 8651 S. 1150 E., Spanish Fork, UT 84660

Submitted by:

/s/ Jared Dennis Hunsaker
Jared Dennis Hunsaker, Esq.
Attorney for Debtor G3 Solar, LLC