**Jared Dennis Hunsaker, Esq.**
Attorney at Law
2836 W. Silverbrook Ct., Lehi, UT 84048 | (435) 214-6109 | jaredsaker@gmail.com | jhunsakerlaw.com

October 27, 2026

**Re: In re G3 Solar, LLC, United States Bankruptcy Court for the District of Utah, Bankruptcy Case No. 26-23517 (Chapter 7) — Notice of Bankruptcy Case and of Amended Schedules; Rescheduled Meeting of Creditors Forthcoming**

JTL

FILED* US Bankruptcy Court-UT
NOV 18 2026 PM12:29

Dear Creditor:

I represent G3 Solar, LLC (the "Debtor") in the Chapter 7 bankruptcy case identified above, which was filed on June 10, 2026 and is pending before the Honorable Michael F. Thomson, United States Bankruptcy Judge. You are receiving this letter because, on October 27, 2026, the Debtor filed with the Court an Amended Schedule E/F, an Amended Statement of Financial Affairs, and an amended creditor mailing matrix (together, the "Amendment"). The Amendment either added you to the Debtor's schedules and creditor mailing list or corrected your mailing address on the Court's records, so that you will receive notices in this case going forward. Complete copies of the Amendment and of all other papers filed in this case may be inspected at the Bankruptcy Clerk's office or through PACER (https://pacer.uscourts.gov), and I will provide a copy of the Amendment to you at no charge upon request to the e-mail address or telephone number above.

Enclosed with this letter is the Court's Notice of Chapter 7 Bankruptcy Case (Official Form 309C). Please note an important point about that notice: the meeting of creditors described in box 7 **(July 13, 2026) has passed and has been superseded.** By order of the Bankruptcy Court, a new meeting of creditors under 11 U.S.C. § 341(a) will be scheduled by the Clerk of the Court. **You will receive a separate notice directly from the Court stating the date, time, and connection information for the rescheduled meeting.** No action on your part is required in the meantime, and you are not required to attend the meeting, although you may do so.

As stated in the enclosed notice, this appears to be a no-asset case, and creditors should not file a proof of claim at this time. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. Please also note that the filing of the bankruptcy case imposed an automatic stay under 11 U.S.C. § 362 against most collection activities with respect to the Debtor.

The Chapter 7 trustee in this case is Mark C. Rose, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111. If you have questions about this letter or the enclosed notice, you may contact me at the telephone number or e-mail address above. Please understand that I represent the Debtor and cannot provide legal advice to creditors; you should consult your own attorney regarding your rights in this case.

Sincerely,

Jared Dennis Hunsaker, Esq.
Attorney for Debtor G3 Solar, LLC

*Enclosure: Notice of Chapter 7 Bankruptcy Case (Official Form 309C)*

2

**Information to identify the case:**

Debtor: G3 Solar, LLC — EIN 81-2880073
Name

United States Bankruptcy Court District of Utah
Case number: 26-23517 MFT

Date case filed for chapter 7: 6/10/26

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.
To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Case status information is available at no charge by calling the Voice Case Information System (VCIS) at 1-866-222-8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | G3 Solar, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 8651 S. 1150 E.<br>Spanish Fork, UT 84660 | |
| **4. Debtor's attorney**<br>Name and address | Jared Dennis Hunsaker<br>2836 W Silverbrook Ct.<br>Lehi, UT 84048 | Contact phone 435-214-6109<br>Email: jaredsaker@gmail.com |
| **5. Bankruptcy trustee**<br>Name and address | Mark C. Rose tr<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111 | Contact phone 801-323-3390<br>Email: trustee.mrose@rqn.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br>Contact phone: (801) 524-6687<br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**July 13, 2026 at 08:30 AM**<br>Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 560 048 9014, and Passcode 4276295573, OR call 1-385-399-3808** |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |


Date Generated: 6/17/26

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

RECEIVED
UNSEALED
IALS ____

SALT LAKE CITY UT 840
28 OCT 2026 PM 3 L




TO OFFICE OF ZIP CODE
FOR PROPER HANDLING

SLCPMPC NIXIE
NOV 2026
199 USPS

Utah Labor Commission, Wage Claim Unit
160 East 300 South, 3rd Floor
P.O. Box 146630
Salt Lake City, UT 84114-6630

84114-663030

RECEIVED
NOV 03 2026
LABOR COMMISSION

Admin